THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TYRONE FURGESON and MYONG FURGESON, et. al., <br><br> Plaintiffs, <br> v. <br><br> CITY OF TACOMA, et. al., <br><br> Defendants. | NO. C05-5490 FDB <br><br> STIPULATION AND ORDER TO EXTEND DEADLINES FOR DISCLOSURE OF REBUTTAL EXPERTS AND OBJECTION TO THE OPPOSITIONS' EXPERTS |

STIPULATION

COME NOW the parties, by and through their attorneys of record, and present this court with a Stipulation and Order to Extend Deadlines for Disclosure of Rebuttal Experts and Objection to the Oppositions' Experts:

| | |
|---|---|
| August 29, 2006 | Disclosure of Rebuttal Experts and Their Opinions |
| September 28, 2006 | Objection to the Oppositions' Experts |

/

DATED this 21st day of July, 2006.

ELIZABETH A. PAULI, City Attorney        THE RAINIER LAW GROUP


By: _____        By: _____
    JEAN P. HOMAN                      DANIEL J. FROHLICH
    WSB #27084                         WSB #31437
    Attorney for Defendants            Attorney for Plaintiffs

### ORDER

Based upon the above stipulation, it is hereby ordered that the case schedule for the above-encaptioned matter shall be amended as follows:

| | |
|---|---|
| August 29, 2006 | Disclosure of Rebuttal Experts and Their Opinions |
| September 28, 2006 | Objection to the Oppositions' Experts |

DATED this 16th day of August 2006.


_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE


Presented by:

ELIZABETH A. PAULI, City Attorney


By: _____
    JEAN P. HOMAN
    WSB #27084
    Attorney for Defendants

Approved as to Form:

THE RAINIER LAW GROUP


By: _____
    DANIEL J. FROHLICH
    WSB #31437
    Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: DANIEL J. FROHLICH, attorney for plaintiff.

_____
JEAN P. HOMAN
WSBA#27084
Attorney for Defendants
Tacoma City Attorney's Office
747 Market Street, Suite 1120
Tacoma, WA 98402
(253) 591-5885
Fax: (253) 591-5755
jhoman@ci.tacoma.wa.us

STIPULATION AND ORDER TO EXTEND DEADLINES
FOR DISCLOSURE OF REBUTTAL EXPERTS AND
OBJECTION TO THE OPPOSITIONS' EXPERTS - 3
**(C05-5490 FDB)**